IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 6 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SARA WILSON,<br>On behalf of herself and all<br>others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>HUNAM INN, INC. d/b/a<br>COBALT/30 DEGREES, et al.<br><br>            Defendants. | Civil Action No.: <u>14-cv-1522-EGS</u> |

## <u>ORDER</u>

UPON CONSIDERATION of the Parties Joint Motion to Approve Settlement Agreement, it is hereby ORDERED that the Motion be GRANTED. The Court makes grants this Motion based on the following:

1. The Court finds that there exists a *bona fide* dispute between the parties. Plaintiff is claiming wages up to the minimum wage. Defendants contend Plaintiff is not entitled to any damages. As such, a *bona fide* dispute exists.

2. The Court finds that the settlement agreement is fair and reasonable. Plaintiff is to receive $8,000.00. Moreover, the attorneys for each of the Parties agree that this amount is fair and reasonable given the early stages of these proceedings, and the amount of time that would elapse before a final judgment is rendered in this matter.

3. The Court finds that the attorneys' fees in this matter, amounting to $4,000.00, are fair and reasonable. Plaintiff's Counsel is experienced in these matters and bills at $285.00 per hour. The Court finds that this rate is within the guidelines with regards to these matters. In pursing this action, Plaintiff's Counsel incurred fees and

costs amounting to $12,154.00. As such, the Court finds that the attorneys' fees as outlined in the settlement agreement are fair and reasonable.

The Court therefore GRANTS the Joint Motion to Approve Settlement in this matter.

So Ordered this 25th day of April, 2016.

The Honorable Emmet G. Sullivan
United States District Court Judge
For the District of Columbia